## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:07cr8-1-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| JAMES M. PARSONS, ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's pro se "Motion to Construe Current Pleading as a section 2255 Motion," filed August 12, 2009 (Document #139). In this motion, Defendant asks that the Court treat his pro se "Motion to Consider an Appeal" (Document #136), filed June 15, 2009, as a motion made pursuant to 28 U.S.C. § 2255.

In an order (Document #138) issued July 22, 2009, this Court informed Defendant of the consequences of recharacterizing his motion as one made under § 2255. Having been so informed, Defendant now wishes to proceed with the recharacterization.

**WHEREFORE, it is hereby ORDERED that**:

1. The Clerk is directed to treat Defendant's Motion to Consider an Appeal (Document #136), filed June 15, 2009, as a motion to vacate, set aside, or correct sentence pursuant to § 2255 and to file a copy of this order within the civil case number assigned; and

2. The Clerk is directed to include a standard § 2255 petition when sending this order to Petitioner.

1

Signed: August 19, 2009

*[Signature]*

Richard L. Voorhees
United States District Judge